# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-11-00878-CR
NO. 03-11-00879-CR
NO. 03-11-00880-CR
NO. 03-11-00881-CR
NO. 03-11-00882-CR
NO. 03-11-00883-CR
NO. 03-11-00884-CR

**Austin Bounds, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 8 OF TRAVIS COUNTY,
NOS. C-1-CR-11-210691, C-1-CR-11-210692, C-1-CR-11-500477, C-1-CR-11-500478,
C-1-CR-11-500479, C-1-CR-11-500775, & C-1-CR-11-500776
THE HONORABLE CARLOS HUMBERTO BARRERA, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Austin Bounds seeks to appeal from judgments of conviction for seven misdemeanor offenses: one charge of possession of a penalty 3 controlled substance in an amount of less than 28 grams, *see* Health & Safety Code Ann. § 481.117 (West 2010); one charge of failure to identify, *see* Tex. Penal Code Ann. § 38.02 (West 2011); three charges of theft of $500 or more but less than $1500, *see id.* § 31.03(a), (e)(3) (West Supp. 2011); and two charges of theft of $50 or more but less than $500, *see id.* § 31.03(a), (e)(2)(A)(i). In each of these cases, the trial court has

certified that this is a plea bargain case and Bounds has no right of appeal.  Accordingly, the appeals are dismissed for want of jurisdiction.  *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   July 27, 2012

Do Not Publish